814

No. 212. MOSES LAKE HOMES, INC., ET AL. *v.* GRANT COUNTY. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted limited to Question No. 3 presented by the petition which reads as follows:

"3. May a state tax which discriminates against persons holding leaseholds from the United States be enforced in a United States court against a deposit of estimated compensation in a condemnation of such leasehold?"

The Solicitor General is invited to file a brief in this case setting forth the views of the United States. *Lyle L. Iverson* for petitioners.

No. 70, Misc. HORTON *v.* LIBERTY MUTUAL INSURANCE Co. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted. Case transferred to the appellate docket. *Joe H. Tonahill* for petitioner. *Major T. Bell* for respondent.

No. 30. HAYES *v.* SEATON, SECRETARY OF THE INTERIOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Leon BenEzra* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for respondent.

No. 101. PEDERSEN *v.* TANKER BULKLUBE ET AL. C. A. 2d Cir. Certiorari denied. *Arthur K. Ash* for petitioner. *Victor S. Cichanowicz* and *Patrick E. Gibbons* for respondents.